**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| Genevieve M. Skaggs | : | Chapter 13 |
| | : | Case No.: 20-14778-AMC |
| Debtor(s) | : | |
| | : | |

## MOTION TO APPROVE LOAN MODIFICATION

Debtor, Genevieve M. Skaggs, by and through Attorney Brad J. Sadek, moves this

Honorable Court for an Order approving a loan modification with NewRez, LLC on the property

located at 15 Fawn Lane Upper Chichester, PA 19061and hereby avers the following:

1. Debtor filed a Voluntary Petition for relief under Chapter 13 of the Bankruptcy Code on

   December 18, 2020.

2. NewRez, LLC., the Mortgagee, has agreed to a mortgage loan modification on the

   debtor's property located at 15 Fawn Lane Upper Chichester, PA 19061 as the debtor

   successfully completed trial plan payments. See Final Modification Agreement attached

   as "Exhibit A."

3. The incurring of this loan modification is beneficial to all parties in this case in that it will

   allow NewRez, LLC to receive the necessary payments to complete the loan while

   allowing the debtors to retain their property without facing further financial strain by

   reducing the pre-petition arrears owed to the Mortgagee.

4.  The debtor has continued to comply with the terms of the Chapter 13 Plan.

5. An Amended Chapter 13 Plan will follow the filing of this Motion to adjust for changes

   provided by the Final Modification.

**WHEREFORE**, Debtor, by and through the undersigned Counsel respectfully requests

this Honorable Court to enter an Order Granting the Loan Modification regarding the mortgage

on the property located at 15 Fawn Lane Upper Chichester, PA 19061.

Dated: September 17, 2021                                /s/Brad J. Sadek, Esq
                                                         Brad J. Sadek, Esq.
                                                         Attorney for Debtor(s)
                                                         Sadek & Cooper
                                                         1315 Walnut Street – Suite 502
                                                         Philadelphia, PA 19107
                                                         215-545-0008