IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Genevieve M. Skaggs | : | Chapter 13 |
| | : | Case No.: 20-14778-AMC |
|    Debtor(s) | : | |
| | : | |

**O R D E R**

AND NOW, this _____ day of _____, 2021 upon consideration of the Motion to Approve Loan Modification, it is hereby;

ORDERED and DECREED that Debtor's loan modification is approved and an Amended Plan may be filed to apply changes to the Chapter 13 Plan as necessary.

~~FURTHER ORDERED:~~

**Date: October 28, 2021**

_____
HONORABLE ASHELY M CHAN
U.S. BANKRUPTCY JUDGE